897 So.2d 586 (2005)
Marilyn LANDIAK
v.
Cedric L. RICHMOND, Fox McKeithen, Secretary of State of Louisiana, and Kimberly Williamson Butler, Clerk of Criminal Court of Orleans Parish.
No. 2005-C-0758.
Supreme Court of Louisiana.
March 23, 2005.
In re Landiak, Marilyn;  Plaintiff; Applying for Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. D, No. 2005-2097; to the Court of Appeal, Fourth Circuit, No(s). 2005-CA-0385, 2005-CA-0386.
Granted.
JOHNSON, J., recused.